IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

WESLEY ALLEN JACKSON                                                        PLAINTIFF

v.                                    Case No. 1:24-cv-1094

POLICE OFFICER T. WALKER, *et al*.                                        DEFENDANTS

## **ORDER**

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 10. Judge Bryant recommends that Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice for failure to prosecute this matter and for failure to obey an Order of the Court. Plaintiff has not filed an objection to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the R&R (ECF No. 10) in toto. Accordingly, Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 8th day of April, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge